**19 MAG 11216**  **ORIGINAL**

Approved: _____
David J. Robles
Assistant United States Attorney

Before:  THE HONORABLE ROBERT W. LEHRBURGER
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - - X
                                       :   **SEALED COMPLAINT**
UNITED STATES OF AMERICA               :
                                       :   Violations of
   - v. -                              :   18 U.S.C. §§ 1028A,
                                       :   1542 and 2
OLUWASEUN OLUBUKOLA OGUNBAMBO,         :
a/k/a "SEAN O'BAMBO-BENSON,"           :
a/k/a "SEAN ROBERTO ZACCHAEUS,"        :
a/k/a "DARRON ROBERTO-ZACCHAEUS,"      :
                                       :   COUNTY OF OFFENSE
                                       :   NEW YORK
                       Defendant.      :
                                       :
- - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

      KEVIN P. WHELAN, being duly sworn, deposes and says that he is a Special Agent with the Diplomatic Security Service ("DSS"), and charges as follows:

**COUNT ONE**
**(False Statement in Application for Passport)**

      1. On or about June 16, 2016, September 25, 2017, and January 29, 2018, in the Southern District of New York and elsewhere, OLUWASEUN OLUBUKOLA OGUNBAMBO a/k/a "SEAN O'BAMBO-BENSON" a/k/a "SEAN ROBERTO ZACCHAEUS" a/k/a "DARRON ROBERTO-ZACCHAEUS," the defendant, willfully and knowingly made false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, OGUNBAMBO submitted United States passport applications containing false information about his identity, including a false name, date of

birth, and Social Security Number, to a courier company in New York, New York.

(Title 18, United States Code, Sections 1542 and 2.)

## COUNT TWO
### (Aggravated Identity Theft)

2. On or about June 16, 2016, September 25, 2017, and January 29, 2018, in the Southern District of New York and elsewhere, OLUWASEUN OLUBUKOLA OGUNBAMBO a/k/a "SEAN O'BAMBO-BENSON" a/k/a "SEAN ROBERTO ZACCHAEUS" a/k/a "DARRON ROBERTO-ZACCHAEUS," the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, OGUNBAMBO used the personal identification information, including the name, date of birth and Social Security number, of another person in connection with his fraudulent passport applications, as charged in Count One of this Complaint.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b) and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Special Agent with the DSS. I have been personally involved in the investigation of this matter, and I base this affidavit on that experience, on my conversations with other law enforcement officials, and on my examination of various reports and records. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Through my training and experience as a DSS Special Agent, I have learned the following about the passport application process:

a. To obtain a United States passport, an individual must submit a passport application with information such as the applicant's name, date of birth, Social Security

Number, and address. A photograph of the applicant must be affixed to the application.

    b. The applicant must appear in person before a passport acceptance agent. Before approving any application for a passport, the passport acceptance agent will require the applicant to provide photo identification and proof of citizenship, such as a driver's license and birth certificate, and will verify that the applicant appears to be the same person as the person in the photo identification as well as the same person in the photograph affixed to the passport application. The applicant must then sign the application, thereby certifying that the information on the application is true and correct.

    c. If the application is approved, the applicant will be issued a United States passport.

    d. After an applicant is issued a United States passport, the applicant may subsequently renew the passport, including to make changes to the personal information contained therein, through a courier service approved by the Department of State's Bureau of Consular Affairs.

    5. Based on my conversations with other law enforcement officers, my training and experience in facial recognition techniques, my review of records maintained by law enforcement, and my review of notes of interviews conducted by other law enforcement officers, I have learned, among other things, the following:

    a. On or about November 3, 2006, an individual later identified as OLUWASEUN OLUBUKOLA OGUNBAMBO, a/k/a "SEAN O'BAMBO BENSON," a/k/a "SEAN ROBERTO ZACCHAEUS," a/k/a "DARRON ROBERTO-ZACCHAEUS," the defendant, presented an application for a United States passport (the "2006 Application") at the Worth Post Office in Worth, Illinois. The 2006 Application was made in the name of a particular individual ("Individual-1") and listed Individual-1's true and correct social security number ("SSN-1") and true and correct date of birth ("DOB-1"). The 2006 Application included a particular photograph (the "2006 Photograph") which purported to be a photograph of Individual-1. In support of the 2006 Application, OGUNBAMBO also submitted a birth certificate and an Illinois state identification card, both in the name of Individual-1. OGUNBAMBO swore under oath to the acceptance clerk that the information in the 2006 Application was true and then signed the 2006 Application as Individual-1. On or about November 9, 2006, the 2006

Application was approved and a United States passport was issued (the "2006 Passport") under the name of Identity-1, including SSN-1 and DOB-1.

        b.    On or about June 16, 2016, an individual later identified as OGUNBAMBO applied to renew the 2006 Passport ("Renewal Application-1") through a registered courier company located in New York, New York ("Courier Company-1") authorized to submit passport applications at the New York Passport Agency. Renewal Application-1 was made in the name of "Darron Roberto-Zacchaeus." OGUNBAMBO listed SSN-1 and DOB-1 on Renewal Application-1. In support of Renewal Application-1, OGUNBAMBO submitted the 2006 Passport and a marriage certificate issued in Las Vegas, Nevada, dated June 4, 2016, in order to change Individual-1's last name to "Roberto-Zacchaeus." Renewal Application-1 also included a particular photograph ("Photograph-1") as a photograph of the applicant. On or about June 23, 2016, Renewal Application-1 was approved and a United States passport was issued under the name "Darron Roberto-Zacchaeus" ("Passport-1").

        c.    On or about September 25, 2017, an individual later identified as OGUNBAMBO applied to renew Passport-1 ("Renewal Application-2") through Courier Company-1. Renewal Application-2 was made in the name of "Sean Roberto Zacchaeus." OGUNBAMBO listed DOB-1 and a social security number that differed from SSN-1 by one digit ("SSN-2") on Renewal Application-2. In support of Renewal Application-2, OGUNBAMBO submitted Passport-1 and a court order name change document issued in Clark County, Nevada, in order to change the applicant's name to "Sean Roberto Zacchaeus." Renewal Application-2 also included a particular photograph ("Photograph-2") as a photograph of the applicant. On or about September 17, 2017, Renewal Application-2 was approved and a United States passport was issued under the name "Sean Roberto Zacchaeus" ("Passport-2").

        d.    On or about January 29, 2018, an individual later identified as OGUNBAMBO applied to renew Passport-2 ("Renewal Application-3") through Courier Company-1. Renewal Application-3 was made in the name of "Sean O'Bambo-Benson." OGUNBAMBO listed DOB-1 and SSN-2 on Renewal Application-3. In support of Renewal Application-3, OGUNBAMBO submitted Passport-2 and a Nevada marriage certificate from January 13, 2018, in order to change the applicant's name to "Sean O'Bambo-Benson." Renewal Application-3 also included a particular photograph ("Photograph-3") as a photograph of the applicant.

e. On or about February 22, 2018, the DSS New York Field Office received a referral from the New York Passport Agency's Fraud Prevention Unit to investigate the true identity of the applicant from Renewal Application-1, Renewal Application-2, Renewal Application-3, and the 2006 Application.

f. In or about August 2018, I compared the 2006 Photograph, Photograph-1, Photograph-2, and Photograph-3, and based on my training and experience as a DSS special agent, including my training and experience in facial recognition techniques, I recognized the applicant pictured in each of those photographs to be the same person, later identified as OGUNBAMBO.

g. On or about September 13, 2019, I received a request for information from a federal law enforcement agency pertaining to passport records associated with an individual using the name "Sean Zacchaeus," later identified as OGUNBAMBO. I also learned from the federal law enforcement agency that the individual using the name "Sean Zacchaeus," later identified as OGUNBAMBO, was in or around Atlanta, Georgia.

h. On or about September 17, 2019, I obtained photographs of Identity-1 from a local law enforcement agency, and based on my training and experience as a DSS special agent, including my training and experience in facial recognition techniques, I do not believe that Identity-1 is the applicant pictured in the 2006 Photograph, Photograph-1, Photograph-2, or Photograph-3.

i. On or about October 15, 2019, I learned from a law enforcement database that an individual later identified as OGUNBAMBO listed a home address in the vicinity of East Cleveland, Ohio (the "Ohio Address") using the name "Sean Zacchaeus" - the same name of the applicant in Renewal Application-2. The law enforcement database also indicated that the Ohio Address was associated with an individual who had previously identified "Seun Ogunbambo" as a relative on a United States passport application, and provided a particular date of birth ("DOB-2") and place of birth as Nigeria for "Seun Ogunbambo."

j. On or about October 28, 2019, I conducted an open source internet search for "Seun Ogunbambo" and learned that an individual named "Oluwaseun Ogunbambo," later identified as OGUNBAMBO, is wanted by the Nigerian Economic & Financial

Crimes Commission for fraudulently obtaining fuel subsidies and absconding from Nigeria. I observed multiple online news articles depicting photographs and video of the individual named "Oluwaseun Ogunbambo." Based on my training and experience in facial recognition techniques, I recognized the applicant pictured in the 2006 Photograph, Photograph-1, Photograph-2, and Photograph-3 to be the same individual identified as "Oluwaseun Ogunbambo," later identified as OGUNBAMBO, in the online news articles.

          k. On or about October 31, 2019, I showed the 2006 Photograph, Photograph-1, Photograph-2, and Photograph-3 to a federal law enforcement agent who has personally observed the individual using the name "Sean Zacchaeus," later identified as OGUNBAMBO, in or around Atlanta, Georgia. The federal law enforcement agent recognized the individual using the name "Sean Zacchaeus," later identified as OGUNBAMBO, to be the same individual pictured in the 2006 Photograph, Photograph-1, Photograph-2, and Photograph-3.

          l. On or about November 6, 2019, I obtained a copy of OGUNBAMBO's Nigerian passport from the United States Consulate in Nigeria, which included DOB-2 as OGUNBAMBO's date of birth and Nigeria as his place of birth. I compared the photograph in OGUNBAMBO's Nigerian passport to the photograph of the applicant in the 2006 Photograph, Photograph-1, Photograph-2, and Photograph-3, and based on my training and experience in facial recognition techniques, I recognized them to be of the same person. Accordingly, I believe that OGUNBAMBO was the applicant from the 2006 Application, Renewal Application-1, Renewal Application-2, and Renewal Application-3.

          m. On or about November 25, 2019, I observed video surveillance taken of an individual using the name "Sean Zacchaeus" in or around Atlanta, Georgia, and based on my training and experience in facial recognition techniques, recognized that individual to be OGUNBAMBO.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of OLUWASEUN OGUNBAMBO, a/k/a "SEAN O'BAMBO-BENSON," a/k/a "SEAN ROBERTO ZACCHAEUS," a/k/a "DARRON ROBERTO-ZACCHAEUS, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

_[signature]_

Kevin Whelan
Special Agent
Diplomatic Security Service

Sworn to before me this
27th day of November, 2019

_[seal and signature]_

THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK