UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,              :
              :
              :

       -v.-              :     **ORDER REGULATING PROCEEDINGS**
              :
              :

Oluwaseun Olubukola Ogunbambo.    :
              :     19 Cr. 895 (AKH)
              :

           Defendant.   :

-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        Defendant has submitted a motion to substitute counsel and a motion for temporary

pretrial release in light of the COVID-19 pandemic. Having reviewed these motions and the papers

submitted therewith, the Court orders as follows:

    1. The motion to substitute counsel (ECF No. 18) is granted. The Clerk is directed to
    close out this open motion.

    2. Defendant shall supplement his motion for temporary release by noon on Sunday,
    April 12, 2020, describing who would assume custody over him, and where he would be
    self-quarantining for 14 days subject to location monitoring, were the Court to grant his
    motion.

    3. The government shall file responsive papers to Defendant's supplemental filing by
    4:00 p.m. on Tuesday, April 14, 2020.


        SO ORDERED.

Dated:     New York, New York
         April 10, 2020

                       _____/s/_____
                       ALVIN K. HELLERSTEIN, U.S.D.J.