# ALVIN K. HELLERSTEIN
## UNITED STATES DISTRICT JUDGE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## 500 PEARL STREET
## NEW YORK, NY 10007-1581
## (212) 805-0152

**TO: Concerned Parties**

**FROM: Brigitte Jones, Courtroom Deputy**
**by Order of Judge Alvin K. Hellerstein**          **Date: 6/1/2020**

US v. Oluwaseun Ogunbambo – 19 Cr. 895(AKH)

The pre-trial conf. previously scheduled for June 10, 2020 @ 12:00 pm is hereby adjourned.

You are hereby notified that you are required to appear for a pre-trial conf.

> **Date : June 15, 2020**
> **Time: 9:00 a.m.**

Counsel will be contacted once all the details for the video conferencing is finalized.

So Ordered,

Alvin K. Hellerstein, U.S.D.J.