UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

|  |  |
|---|---|
| United States of America, | : |
|  | : |
|  | : |
| -v.- | : **ORDER DENYING MOTION TO SEAL** |
|  | : |
| Oluwaseun Olubukola Ogunbambo. | : |
|  | : 19 Cr. 895 (AKH) |
|  | : |
| Defendant. | : |

-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

    The motion to file Defendant's sentencing memorandum under seal, *see* ECF No. 41, is denied. However, the portions of the document which reveal personal background information may be redacted.

    SO ORDERED.

Dated:  New York, New York
     October 9, 2020

                     _____/s/ Alvin K. Hellerstein_____
                        ALVIN K. HELLERSTEIN, U.S.D.J.