UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

             -against-

OLUWASEUN OLUBUKOLA OGUNBAMBO

                      Defendant(s).
------------------------------------------------------------- x

**SCHEDULING ORDER**

19 Cr. 895 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a sentencing on October 14, 2020 at 10:30 am., which sentencing will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all **participants** are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than October 12, 2020 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    October 9, 2020                            /s/
             New York, New York          ALVIN K. HELLERSTEIN
                                             United States District Judge